IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR 02-00017 JSW |
| v. | **ORDER TO SHOW CAUSE** |
| LARON PRESTLEY, | |
| Defendant. | |

On March 10, 2003, Laron Prestley ("Movant") was sentenced following a plea of guilty to two counts of violations of 18 U.S.C. § 1952(b). Movant was sentenced to a term of 60 months imprisonment on Count One and a term of 32 months imprisonment on Count Two, to be served consecutively. On April 2, 2010, this Court sentenced Movant to fourteen months imprisonment, to be followed by twenty-two months of Supervised Release, pursuant to a violation of his previously imposed supervise release conditions.

On May 13, 2010, Movant filed a motion pursuant to 28 U.S.C. § 2255, in which he attacks his underlying conviction based on recent developments regarding the San Francisco Police Department's Crime Lab.

> A prisoner in custody under sentence of a court established by Act of Congress claiming the right to be released upon the ground that the sentence was imposed in violation of the Constitution or laws of the United States, or that the court was without jurisdiction to impose such sentence, or that the sentence was in excess of the maximum authorized by law, or is otherwise subject to collateral attack, may move the court which imposed the sentence to vacate, set aside or correct the sentence.

*Unless the motion and the files and records of the case conclusively show that the prisoner is entitled to no relief*, the court shall cause notice thereof to be served upon the United States attorney, grant a prompt hearing thereon, determine the issues and make findings of fact and conclusions of law with respect thereto.

22 U.S.C. § 2255. Thus, a hearing is required "whenever the record does not affirmatively manifest the factual or legal invalidity of the [movant's] claims." *Baumann v. United States*, 692 F.2d 565, 571 (9th Cir. 1982) (citation omitted). "A hearing must be granted unless the movant's allegations, when viewed against the record, do not state a claim for relief or are so palpably incredible or patently frivolous as to warrant summary dismissal." *United States v. Schaflander*, 743 F.2d 714, 717 (9th Cir. 1984) (citations omitted).

Given Movant's allegations regarding the San Francisco Police Department Crime Lab, the Court concludes that a response from the Government is warranted. However, in their subsequent filings, the Government and Movant should be prepared to address that provision of his plea agreement in which he agreed to waive his right to file a motion under 2255, except for a claim that his constitutional right to effective assistance of counsel had been violated.

**CONCLUSION**

For the foregoing reasons and for good cause shown:

1. The clerk shall serve by certified mail a copy of this order and the motion and all attachments thereto upon the Office of the United States Attorney. The clerk shall also serve a copy of this order on Movant.

2. Respondent shall file with the court and serve on Movant, within 30 days of the date of this order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2255 Proceedings, showing cause why the Court should not " vacate, set aside or correct the sentence" being served by Movant.

//
//
//
//

2

3. If Movant wishes to respond to the answer, he shall do so by filing a reply with the court and serving it on Respondent within 30 days of his receipt of the answer.

**IT IS SO ORDERED.**

Dated: May 18, 2010

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

  v.

PRESTLEY,

        Defendant.

Case Number: CR02-00017 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 18, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Laron M. Prestley, Sr.
PFN UHV-584
Santa Rita Jail
5325 Broder Blvd.
Dublin, CA 94568

Dated: May 18, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk