# United States District Court
## Northern District of California

E-filing

UNITED STATES OF AMERICA
v.
LARON MONTEZ PRESTLEY

JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

USDC Case Number: CR-02-00017-01 JSW
BOP Case Number: DCAN302CR000017-01
USM Number:      Unknown
Defendant's Attorney: Kevin Bringuel

**THE DEFENDANT:**

[x] admitted guilt to violation of condition(s) <u>Special Condition Number Three (3)</u> of the term of supervision.
[ ] was found in violation of condition(s) ___ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Failure to reside for a period of six months in the Residential Reentry Center and observing the rules of that facility | 7/27/2011 |

The defendant is sentenced as provided in pages 2 through <u>2</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.:    Unknown

Defendant's Date of Birth:    Unknown

Defendant's USM No.:    Unknown

Defendant's Residence Address:
U.S. Marshal Service

Defendant's Mailing Address:
U.S. Marshal Service

March 8, 2012
Date of Imposition of Judgment

*/s/ Jeffrey S. White*
Signature of Judicial Officer

Honorable Jeffrey S. White, U. S. District Judge
Name & Title of Judicial Officer

March 12, 2012
Date

AO 245B (Rev. 12/03) (CAND Rev. 3/07) Judgment in a Criminal Case Sheet 2 - Imprisonment

| | |
|---|---|
| DEFENDANT: LARON MONTEZ PRESTLEY | Judgment - Page 2 of 2 |
| CASE NUMBER: CR-02-00017-01 JSW | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of Thirty (30) days.

[ ] The Court makes the following recommendations to the Bureau of Prisons:

[ ] The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

[X] The defendant shall surrender to the United States Marshal for this district.

    [X] at 2:00  [X] pm on March 22, 2012.
    [ ] as notified by the United States Marshal.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    [ ] before 2:00 pm on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

The appearance bond shall be deemed exonerated upon the surrender of the defendant.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

    Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

                                          UNITED STATES MARSHAL

                           By _____
                                    Deputy United States Marshal